IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CARLOS HARRIS,                        )
                                      ) Civil Action No.  07 - 216
                    Plaintiff,        )
                                      ) Judge Joy Flowers Conti
          v.                          )
                                      )
OFFICER MICHAEL REDDY,                )
Pittsburgh Police Department;         )
OFFICER SEAN RATTIGAN,                )
Pittsburgh Police Department;         )
OFFICER ROBERT PIRES,                 )
Pittsburgh Police Department;         )
OFFICER JOHN SEZENSKY,                )
Pittsburgh Police Department;         )
OFFICER BURFORD, Pittsburgh           )
Police Department and                 )
PITTSBURGH POLICE DEPARTMENT,         )
Zone 5

                    Defendants.


## MEMORANDUM ORDER

The above captioned case was initiated on February 20,
2007 by the filing of a Motion to Proceed *In Forma Pauperis*
accompanied by a civil rights Complaint.  It was referred to United
States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings
in accordance with the Magistrate Judges Act, 28 U.S.C. §
636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for
Magistrate Judges.

Defendants filed a Motion to Dismiss the Complaint on May
22, 2007 (doc. no. 8).  The Magistrate Judge filed a Report and

Recommendation on November 23, 2007 recommending that the Motion to Dismiss be denied (doc. no. 19). No objections have been filed.

After *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation, the following order is entered:

**AND NOW**, this <u>18th</u> day of December, 2007;

**IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss (doc. no. 8) is **DENIED.**

**IT IS FURTHER ORDERED** that the Report and Recommendation (doc. no. 19) of Magistrate Judge Lenihan dated November 23 2007, is adopted as the Opinion of the Court.

By the Court:

<u>/s/ Joy Flowers Conti</u>
Joy Flowers Conti
United States District Judge

cc:      Lisa Pupo Lenihan
         United States Magistrate Judge

         Carlos Harris, EW5113
         SCI Greene
         175 Progress Drive
         Waynesburg, PA 15370